UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PAT COX, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| THYSSENKRUPP ELEVATOR CORPORATION, | CASE NO: 18-1067-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal with Prejudice entered on December 19, 2018, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/3/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk